

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

| | | |
|---|---|---|
| *Kathleen O. Gavin*<br>*Chief, Fraud & Corruption*<br>*Kathleen.Gavin@usdoj.gov* | *Suite 400*<br>*36 S. Charles Street*<br>*Baltimore, MD 21201-3119* | *DIRECT: 410-209-4887*<br>*MAIN: 410-209-4800*<br>*FAX: 410-962-3091* |

March 7, 2018

Honorable Richard D. Bennett
United States District Judge
United States Courthouse
101 West Lombard Street
Baltimore, MD  21201

   Re: United States v.  Nathaniel T. Oaks
     Criminal Number:  RDB-17-0288

Dear Judge Bennett:

  As our Honor may be aware, the government filed a motion yesterday requesting that the defendant be precluded from calling certain government witnesses to testify at the motions hearing on March 16.

  I am writing to request an expedited hearing on the government's motion. I learned yesterday that "Mike Henley" is in California both this week and next week for trial preparation in another case that is pending in federal district court. I have accepted service of the Rule 17(b) subpoena on Mr. Henley's behalf, but in light of the significant expense associated with bringing Mr. Henley from California and the accompanying major disruption to the prosecution preparations for the California trial, I respectfully ask that the Court issue a ruling as soon as practicable as to whether Mr. Henley must appear at the motions hearing.

  Thank you for your consideration of this request.


       Respectfully yours,

       Stephen M. Schenning
       Acting United States Attorney


       _____/s/_____
       Kathleen O. Gavin
       Assistant United States Attorney

cc: Lucius T. Outlaw, III, Esquire
  Rebecca Talbott, Esquire