**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND**

| | |
|---|---|
| CHAMBERS OF<br>RICHARD D. BENNETT<br>UNITED STATES DISTRICT JUDGE<br>NORTHERN DIVISION | U.S. COURTHOUSE - CHAMBERS 5D<br>101 W. LOMBARD STREET<br>BALTIMORE, MD 21201<br>TEL: 410-962-3190<br>FAX: 410-962-3177 |

March 15, 2018

**LETTER ORDER**

To Counsel of Record:  **_USA v. Nathaniel Thomas Oaks_**
Criminal Action No. RDB-17-0288

Dear Counsel:

The briefing of all open motions was completed on March 2, 2018. Several months ago, the motions hearing was scheduled for March 16, 2018. Unsolicited and in violation of Local Rule 105.2, Counsel for the Defendant yesterday submitted a five-page letter (ECF No. 90), which is essentially a supplemental legal memorandum. This submission was inappropriate and not permitted by the Local Rules of this Court. The Government has appropriately objected. (ECF No. 91.)

Accordingly, the correspondence from Counsel for the Defendant (ECF No. 90) will be STRICKEN and disregarded by the Court. No further written submissions shall be filed prior to tomorrow's hearing scheduled for 10:00 a.m.

Notwithstanding the informal nature of this letter, it is an Order of this Court and the Clerk is directed to docket it as such.

Sincerely,

*/s/ Richard D. Bennett*
Richard D. Bennett
United States District Judge