IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | *    Criminal No. RDB-17-0288 |
| NATHANIEL THOMAS OAKS, | * |
| Defendant. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 20th day of March, 2018, hereby ORDERED that:

1. Defendant's Motion to Dismiss Count Four (Honest Services Wire Fraud) (ECF No. 58) is DENIED;

2. Defendant's Motion to Dismiss Counts Five through Nine (Travel Act Counts) (ECF No. 57) is DENIED; and

3. The Clerk of Court shall transmit copies of this Order to Counsel.

_____
Richard D. Bennett
United States District Judge

1