# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| UNITED STATES | : | |
| --- | --- | --- |
| | : | |
| v. | : | Case No. RDB-17-0288 |
| | : | |
| NATHANIEL THOMAS OAKS | : | |
| | : | |
| Defendant | : | |

## MOTION TO SEAL

The Defendant Nathaniel Thomas Oaks, through his undersigned counsel, hereby moves this Court for leave to file under seal his Supplemental Sentencing Memorandum. The memorandum contains confidential health information.

WHEREFORE, Nathaniel Thomas Oaks requests that this Court grant this motion and place the Supplemental Sentencing Memorandum under seal.

Respectfully submitted,

JAMES WYDA
Federal Public Defender for the District of Maryland

_____/S/_____

LUCIUS T. OUTLAW III, #94226
Senior Litigation Counsel

REBECCA S. TALBOTT, #803577
Assistant Federal Public Defender

Office of the Federal Public Defender
100 South Charles Street, Tower II, Ninth Floor
Baltimore, Maryland 21201
Phone: 410-962-3962
Fax: 410-962-0872
Email: lucius_outlaw@fd.org
Email: rebecca_talbott@fd.org