IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2018 JUL 10 PM 1: 10

CLERK'S OFFICE
AT BALTIMORE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal No. RDB-17-0288 |
| NATHANIEL THOMAS OAKS | : | |
| Defendant | : | |

DEPUTY

## ORDER

Upon consideration of the Defendant's Motion to Seal his Supplemental Sentencing Memorandum, and good cause having been shown, it is this 10th day of July 2018, hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Clerk is directed to place the Defendant's Supplemental Sentencing Memorandum under seal.

_____
Hon. Richard D. Bennett
United States District Judge